**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State,                                   Respondent,

v.

Julius H. Griffin,                           Appellant.

———————

Appeal From Beaufort County
Alexander S. Macaulay, Circuit Court Judge
Carmen T. Mullen, Circuit Court Judge

———————

Unpublished Opinion No. 2012-UP-450
Submitted May 1, 2012 – Filed July 18, 2012

———————

**APPEAL DISMISSED**

———————

Chief Appellate Defender Robert M. Dudek, of Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott,

all of Columbia; and Solicitor Isaac McDuffie Stone III, of Beaufort, for Respondent.

**PER CURIAM:** Julius H. Griffin appeals his conviction for trafficking crack cocaine, arguing the trial court erred in refusing to instruct the jury on the lesser-included offenses of possession of crack cocaine with intent to distribute and possession of crack cocaine.  After a thorough review of the record and counsel's brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and HUFF and SHORT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.